```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 04 B 35977
   MICHAEL ORLANDO JETER
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-6781


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/28/2004 and was confirmed 11/18/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 07/24/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------------
ARONSON FURNITURE          SECURED           1000.00        86.70        1000.00
ARONSON FURNITURE          UNSECURED          441.85          .00         441.85
MEADOWS CREDIT UNION       SECURED          12150.00      1281.61       12150.00
MEADOWS CREDIT UNION       UNSECURED         2548.37          .00        2548.37
IL STATE DISBURSEMENT UN   PRIORITY              .00          .00            .00
COLUMBUS OLYMPIA FIELDS    UNSECURED       NOT FILED          .00            .00
OLYMPIA FIELDS POLICE DE   NOTICE ONLY     NOT FILED          .00            .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED          .00            .00
COMMONWALDTH EDISON        NOTICE ONLY     NOT FILED          .00            .00
INTERNAL REVENUE SERVICE   UNSECURED         2361.71          .00        2361.71
PEOPLES GAS LIGHT & COKE   UNSECURED          109.46          .00         109.46
PEOPLES ENERGY             NOTICE ONLY     NOT FILED          .00            .00
ST JAMES HOSPITAL & HEAL   UNSECURED       NOT FILED          .00            .00
ST JAMES HOSPITAL          NOTICE ONLY     NOT FILED          .00            .00
ST JAMES OLYMPIA FIELDS    NOTICE ONLY     NOT FILED          .00            .00
WOLIN-LEVIN INC            UNSECURED       NOT FILED          .00            .00
WOLIN-LEVIN INC            NOTICE ONLY     NOT FILED          .00            .00
PETER FRANCIS GERACI       DEBTOR ATTY      2,700.00                     2,700.00
TOM VAUGHN                 TRUSTEE                                       1,386.94
DEBTOR REFUND              REFUND                                          829.35

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                 RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE          24,895.99

PRIORITY                                   .00
SECURED                              13,150.00
    INTEREST                          1,368.31
UNSECURED                             5,461.39
ADMINISTRATIVE                        2,700.00

               PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 35977 MICHAEL ORLANDO JETER
```

```
TRUSTEE COMPENSATION                                        1,386.94
DEBTOR REFUND                                                 829.35
                                        ---------------   ---------------
TOTALS                                       24,895.99         24,895.99
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 01/28/09               _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




              PAGE   2
   CASE NO. 04 B 35977 MICHAEL ORLANDO JETER